RECEIVED
NOV 16 2022
US DISTRICT COURT
MID DIST TENN

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

_____ Division

Case No. 3:22-cv-00032
*(to be filled in by the Clerk's Office)*

MARIO BOWLES #490357
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

TENNESSEE DEPARTMENT OF CORRECTIONS, GREUVIL ET AL
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARIO BOWLES
   All other names by which you have been known:
   ID Number: 490357
   Current Institution: Whiteville Correctional Facility
   Address: 1440 Union Springs Road ; P.O. Box 679
   Whiteville, TN. 38075
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: TENNESSEE DEPARTMENT OF CORRECTIONS
   Job or Title *(if known)*: Commissioner / STATE
   Shield Number:
   Employer: Tennessee Department of Corrections
   Address: 320 6th Ave. North
   Nashville, TN 37219
   City / State / Zip Code
   [ ] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: [CCA] Core Civic Corrections Headquarters
   Job or Title *(if known)*:
   Shield Number:
   Employer: Core Civic Corrections Headquarters
   Address: 5501 Virginia Way Suite 110
   Brentwood, TN. 37027
   City / State / Zip Code
   [ ] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Edmond L. Hill
Job or Title (if known): Lt.
Shield Number:
Employer: Core Civic Correction/Trousdale Turner Correctional
Address: 140 Macon Way
Hartsville, TN, 37074
City / State / Zip Code
☑ Individual capacity ☑ Official capacity

Defendant No. 4
Name: Rowe
Job or Title (if known): S C/O
Shield Number:
Employer: Core Civic Correction/Whiteville Correctional Facility
Address: 1440 Union Springs Road; P.O. Box 679
Whiteville, TN, 38075
City / State / Zip Code
☐ Individual capacity ☑ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, Fourth, Fifeth, Sixth, Eighth, Thirteenth; Fourteenth Amendments of State And U.S.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See DE 16 Amended Petitions*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* *Unlawfully Restraint of My Liberty By Imposed Illegal Sentence*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*At Whiteville Correctional Facility February 2022 - Current Date November 2022. At Trousdale Turner Correctional Center Approx April 2021 - February 2022.*

C. What date and approximate time did the events giving rise to your claim(s) occur?

[Approx April 2021 - February 2022 (T.T.C.C.)] [Approx February 2022 - Curren November 2022 (W.C.F.A)]

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Excessive Force used by Mace And Physical Hands of Officials. Property Stolen Approx Three Times In Core of Officials/Staff Never Replace. Inadequate Assistance On Legal, Medical, Mental Health And Security. Legal Proceedings Interfered On And Mail. Attempts of Food Tampering/Poisoning. Medical Records of Injuries And Prescribe Pain Medicine. Official(s) Assaulted Me; Bodily Injuries; Criminal Attempts On My Life. Institutional Camera

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Received Neck Injury And Back while Being Choked By Edmond C. Hill July 26, 2021 And Head, Neck, Elbows, Knees, Abdominal And Hand Injuries By Edmond C. Hill August 13th, 2021. And Head Rib, Neck And Nearly Broken Arm By Capt. Mitchell; Case Managers Smith Case Manager Mathews, K9-Officer And Sort Official On February 01, 2022 Approx 8-9 Am At T.T.C.C. And Excessive Force with mace On May 31, 2021



Medical Treatment Was Given For August 13th, 2021 Event On August 16, 2021 Due To Anxiety Attack. Pain Medicine Given And Prescribed. Pushed And Sprayed with Mace (Excessive Force) By Capt Hudson July 06, 2022

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Twenty-Two Million Dollars Total For:

(•) Mental Anguish: Three Million
(•) Emotional Distress: Three Million
(•) Pain And Suffering (Hardship): Three Million
(•) Retalitory Actions: Three Million
(•) Legal Proceeding Interference: Two million

(•) Discrimination: One Million
(•) Deliberate Indifference: One Million
(•) Harassment: One Million
(•) Mal-practice In Security: One Million
(•) Punitive Damages: Three Million

(•) Bodily Injuries: One Million

And Transfer To Federal Prison Safe Housing In Memphis Tenn. Due To Retaliation Threats And Assist once In Habeas Corpus.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Trousdale Turner Correctional Center, 140 Macon Way, Hartsville, TN. 37074 And Whiteville Correctional Facility, 1440 Union Springs Road, P.O. Box 679, Whiteville, TN. 38075

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Trousdale Turner Correctional Center And Whiteville Correctional Facility

2. What did you claim in your grievance? Violations Of State And U.S. Constitutions, And Statutes Of State And Federal Laws. Health And Safety violation(s) Assaults By Excessive Force And Bodily Harm, Threats, Discriminations, Deliberate Indifference, Retalitory Actions. PTSD, Legal Proceedings Interferred on (Appeal Post-Conviction) Mail Fraud, Mal-Practice of Medical, Mental Health And Security

3. What was the result, if any? Complaint(s) were Ignored or Responded To In Retalitory Action(s), Deliberate Indifference And Fraudulent Response(s) I was Denied Medical, Mental Health, Legal And Security Assistance. Property Stolen Not Replaced, Forced To Sleep On Iron No Mattress Chronic Back Pain Care Abandon (Muscle & Nerve) Mail Interferrance Assaulted, Excessive Force, Bodily Injuries, Attempts To Poison Food

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   Appeal(s) went To Commissioner At Trousdale Turner Correctional Center And Some Unanswered/Responded To.
   Only Two Grievances were Responded To Here At Whiteville Correctional Center One On Mail Interfered Appeal To Commissioner And one Title VI I Never Seen Response Only Told One To Mental Health Support Treatment.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Spoke Directly To Warden And A.W.'s. Staff; Captains, Lt's, SGo's And "To Officials/Staff Made Oral Complaints. Sick Call Forms Filled out And S-1c Statement Forms; Also Inmate Inquiry Forms. All Ignore or Improperly Responded By Negligence. I Even Pass Messages on forms And Oral To Other Particular Staff For Complaints To Warden, TDOC emo et al.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☐ No    N/A

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____ N/A _____
   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number
   _____ N/A _____

4. Name of Judge assigned to your case
   _____ N/A _____

5. Approximate date of filing lawsuit
   _____ N/A _____

6. Is the case still pending?

   ☐ Yes    N/A
   ☐ No

   If no, give the approximate date of disposition _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 9th, 2022

Signature of Plaintiff: /s/ Mw
Printed Name of Plaintiff: MR. MARIO BOWLES
Prison Identification #: 490357
Prison Address: W.C.F.A.; 1440 Union Springs Road; P.O. Box 679
Whiteville, TN, 38075
City / State / Zip Code

B.   **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

MR. MARIO BOWLES # 440359
Whiteville Correctional Facility
1490 Union Springs Road
P.O. Box 679
Whiteville, TN. 38075

put in mail box
11-09-2622

LEGAL MAIL

RECEIVED
NOV 16 2022
US DISTRICT COURT
MID DIST TENN

RECEIVED
NOV 10 2022
BY WCFA

CLERK, U.S. District Court
Middle District of Tennessee
719 Church Street
Nashville, TN. 37203



